UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL GONZALEZ AND, §<br>LIZZETT REQUENEZ, §<br>  §<br>    Plaintiffs, §<br>  §<br>vs. §<br>  §<br>METROPOLITAN LLOYDS INSURANCE §<br>COMPANY OF TEXAS, METROPOLITAN §<br>PROPERTY & CASUALTY INSURANCE §<br>COMPANY, METLIFE AUTO & HOME §<br>INSURANCE AGENCY, INC., §<br>PAUL HEARN, AND CHERYL STEPPIG, §<br>  §<br>    Defendants. § | CIVIL ACTION NO.<br>5:17-cv-00637-FB<br><br><br>(JURY) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Michael Gonzalez and Lizzett Requenez, and Defendants Metropolitan Lloyds Insurance Company Of Texas, Metropolitan Property & Casualty Insurance Company, Metlife Auto & Home Insurance Agency, Inc., and Cheryl Steppig, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Michael Gonzalez and Lizzett Requenez. Defendants are Metropolitan Lloyds Insurance Company Of Texas, Metropolitan Property & Casualty Insurance Company, Metlife Auto & Home Insurance Agency, Inc., Paul Hearn, and Cheryl Steppig.

2. Plaintiffs filed suit against Defendants Metropolitan Lloyds Insurance Company Of Texas, Metropolitan Property & Casualty Insurance Company, Metlife Auto & Home Insurance

Agency, Inc., Paul Hearn, and Cheryl Steppig., arising out of a homeowners' insurance claim arising from storm damage that occurred on or about April 12, 2016.

4.    Plaintiffs and Defendants have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendants.  Plaintiffs and said Defendants agree to this dismissal with prejudice.

5.    This case is not a class action.

6.    A receiver has not been appointed in this action.

7.    This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.    Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9.    This dismissal is requested to be with prejudice as to Defendants Metropolitan Lloyds Insurance Company of Texas, Metropolitan Property & Casualty Insurance Company, Metlife Auto & Home Insurance Agency, Inc., Paul Hearn, and Cheryl Steppig,.

        Respectfully submitted,

          /s/ - *Michael Downey*
        Michael Downey
        Mostyn Law
        3810 W Alabama St.
        Houston, TX 77027
        Phone: (713) 714-0000
        Fax: (713) 714-1111
        SBN 24087445
        Email:  madowney@mostynlaw.com
        *Attorney for Plaintiffs*

        ATTORNEY FOR PLAINTIFFS

        *AND*

*/s/ - Dennis D. Conder*
Dennis D. Conder
Stacy | Conder | Allen LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400

ATTORNEY FOR DEFENDANTS
METROPOLITAN LLOYDS INSURANCE
COMPANY OF TEXAS
METROPOLITAN PROPERTY
&CASUALTY INSURANCE COMPANY,
METLIFE AUTO & HOME INSURANCE
AGENCY, INC., AND CHERYL
STEPPIG.

PAN/PLDG/606918.1/001466.17003

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 3**